James Cai, SBN 200189
Ray D. Hacke, SBN 276318
SCHEIN & CAI LLP
111 N. Market St., Suite 1020
San Jose, California 95113
Telephone: (408) 436-0789
Facsimile: (408) 436-0758

Attorneys for Debtors
Maria G. Vargas and
Julio C. Vargas

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

MARIA G. VARGAS and
JULIO C. VARGAS,

　　　　　　　　　　Debtors.

Case No.: 13-51935

CHAPTER 13

**DECLARATION OF DEBTORS IN SUPPORT OF DEBTORS' MOTION FOR VALUATION OF SECURITY, DETERMINATION OF SECURED STATUS, AVOIDANCE OF LIEN, AND MODIFICATION OF RIGHTS OF LIENHOLDERS JPMORGAN CHASE BANK, N.A. AND TRADEWINDS OF SAN JOSE HOMEOWNERS ASSOCIATION**

We, MARIA G. VARGAS (hereinafter "Ms. Vargas") and JULIO C. VARGAS (hereinafter "Mr. Vargas," and collectively with Ms. Vargas "Debtors"), hereby declare as follows:

1.　　We are the Debtors in the herein Chapter 13 bankruptcy case, No. 13-51935.

2.　　We own the real property located at 282 Tradewinds Drive, Apartment 7, San Jose, CA 95123 (hereinafter the "Subject Property"). We took title to the Subject Property in 2006 and have used the Subject Property as our primary real estate family residence ever since.

3. Mr. Vargas' sole interest in the Subject Property is a community property interest.

4. The first Deed of Trust on the Subject Property, held by JPMORGAN CHASE BANK, N.A. (hereinafter "CHASE"), is secured by a First Deed of Trust document recorded in the Santa Clara County Recorder's Office. A recent CHASE statement in connection with the above reflects a total payoff balance of $304,937. We concur with this figure.

5. The second Deed of Trust on the Subject Property, also held by CHASE, is secured by a Second Deed of Trust document recorded in the Santa Clara County Recorder's Office. Our last statement from CHASE that could be located indicated a total payoff balance of $75,992.

6. TRADEWINDS OF SAN JOSE HOMEOWNERS ASSOCIATION (hereinafter "TRADEWINDS") also has a lien on the Subject Property. The lien attached to the Subject Property on June 15, 2012, as a result of our failure to pay dues to TRADEWINDS in the amount of $3,864.09. See Attached Ex. "A."

7. Attached hereto as Exhibit "B" is an online valuation of the above-referenced property obtained on April 22, 2013 from "EPPRAISAL.COM" showing the fair market value of the Subject Property to be approximately $176,932. We believe said value to be correct based on our knowledge of the Subject Property and other properties in the surrounding neighborhood.

8. As a result of the above-referenced valuation of the Subject Property, we believe that CHASE's claim in connection with its second Deed of Trust and TRADEWINDS' claim with regard to its lien for back homeowners association dues are both wholly unsecured and subject to avoidance upon completion of our proposed Chapter 13 plan.

We declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

///

Executed in San Jose, California on April 22, 2013.

By:    */s/ MARIA G. VARGAS*
      Maria G. Vargas
      Debtor

By:    */s/ JULIO C. VARGAS*
      Julio C. Vargas
      Joint Debtor

# **EXHIBIT "A"**

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT | Northern District of California | PROOF OF CLAIM |
|---|---|---|

Name of Debtor: Maria G Vargas
Case Number: 13-51935

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Tradewinds of San Jose Homeowners Association**

Name and address where notices should be sent:
c/o ASAP Collection Services
331 Piercy Road
San Jose, CA 95138

Telephone number: (408) 363-9600

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

FILED
APR 8 – 2013

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 9,114.25

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** HOA Assessments
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 6094

   3a. Debtor may have scheduled account as: 12-06094
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☑ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property:$ _____  Annual Interest Rate _____ %

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $ _____  Basis for perfection: _____

Amount of Secured Claim: $ 9,114.25  Amount Unsecured: $ _____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$ _____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 04/05/2013 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Brandon Hansen, Agent for Collections   *[signature]* | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**WHEN RECORDED RETURN TO:**
Tradewinds of San Jose Homeowners Association
c/o A.S.A.P. Collection Services
331 Piercy Road
San Jose, CA 95138

## NOTICE OF LIEN ASSESSMENT

Record Owner(s) or Reputed Owner(s):
MARIA G VARGAS
282 TRADEWINDS DR APT 7
SAN JOSE, CA 95123-6040

DOCUMENT: 21712831    Pages: 1
Fees.... 24.00
Taxes...
Copies..
AMT PAID 24.00

REGINA ALCOMENDRAS    RDE # 007
SANTA CLARA COUNTY RECORDER    6/18/2012
Recorded at the request of    1:52 PM  POSTED
Recording Service

LH

A.S.A.P. RECEIVED
AUG 07 2012
CASE #_____

ASAP Case#: 12-06094

NOTICE IS HEREBY GIVEN that the Tradewinds of San Jose Homeowners Association, a CA non-profit mutual benefit corporation with its principal office in the County of Santa Clara, State of CA, pursuant to that certain agreement and Declaration entitled "DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR TRADEWINDS OF SAN JOSE HOMEOWNERS ASSOCIATION", recorded on October 6, 1980, as Instrument Number 6860127, in Book F634, Page 555, at the Recorder's Office of Santa Clara. This lien is a charge on the real property described below (the "Property") for delinquent dues and assessments through June 15, 2012.

| | |
|---|---:|
| Regular Assessments: | 2,387.76 |
| Special Assessments: | 35.66 |
| Late Costs: | 247.51 |
| Interest: | 66.66 |
| Collection Charges: | 976.50 |
| Agent Fee: | 150.00 |
| Other: | .00 |
| Total: | $3,864.09 |

Plus any and all other assessments, collection costs, interest, attorneys' fees and other expenses as may become due to the Association with respect to the Property subsequent to the typed dates set forth above until all amounts due to the Association with respect to the Property are paid in full.

**PURPORTED PROPERTY ADDRESS:** 282 TRADEWINDS DR APT 7, SAN JOSE, CA 95123-6040
**PROPERTY LEGAL DESCRIPTION:**

Unit 7 in Building 282 being a subdivision of Lot 1 as shown on Tract No 6783, Foxborough, recorded April 15, 1980 in Book 462 of maps at Pages 8 and 9 official records of Santa Clara County APN#690-33-079

To secure payment of said amounts, the Association hereby designates A.S.A.P. Collection Services whose mailing address is 331 Piercy Road, San Jose, CA 95138, (408) 363-9600 as the Agent/Trustee authorized by the Association to enforce said assessment lien by sale of the property in accordance with the Declaration, Sections 1367, 2924, 2924(b), 2924(c), 2924(f), and 2924(h) of the CA Civil Code and all applicable provision of the law of the State of CA, as the same may be amended from time to time.

ACKNOWLEDGEMENT:
STATE OF CALIFORNIA
COUNTY OF SANTA
CLARA,
ss:

Tradewinds of San Jose Homeowners Association

*[signature]*

By Association Agent: Nicola Lira    DATED: June 15, 2012

On this 15 day of June, 2012, before me, McKenna Elise Gordon, Notary Public, personally appeared Nicola Lira, who proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*[signature]*

NOTARY PUBLIC, STATE OF CALIFORNIA
My Commission expires October 14, 2014.

MCKENNA ELISE GORDON
Commission # 1908114
Notary Public - California
Santa Clara County
My Comm. Expires Oct 14, 2014

Case 13-51935   Claim 1-1   Filed 04/08/13   Desc Main Document   Page 2 of 4

Case: 13-51935   Doc# 14-2   Filed: 04/22/13   Entered: 04/22/13 17:14:15   Page 6 of 10

A.S.A.P. Collection Services
331 Piercy Road
San Jose, CA 95138
Reg: (408) 363-9600  Fax: (408) 225-8864  Email: contactus@asapcollect.com

Case Information

Association Name: Tradewinds of San Jose Homeowners Association
Case Name: VARGAS
Delinquency Stage: CHP 13 Bankruptcy Stage

A.S.A.P. Case No.: 12-06094
Association Acct. No: 199-8207-01
Property Address: 282 TRADEWINDS DR APT 7

## Pre BK (Secured) Account History

| Date | Check No. | Description | Charges | Credits | Balance |
|---|---|---|---|---|---|
| 11/01/11 | | Balance Forward | 0.00 | | .00 |
| 11/01/11 | | Monthly Regular Assessment | 348.47 | | 348.47 |
| 11/01/11 | | Special Assessment - Special Assessment | 17.83 | | 366.30 |
| 11/16/11 | | Late Fee Special Assessment | 1.78 | | 368.08 |
| 11/16/11 | | Late Fee for November | 34.85 | | 402.93 |
| 11/30/11 | | Interest - Thru 10/31/2011 | 0.00 | | 402.93 |
| 12/01/11 | | Monthly Regular Assessment | 348.47 | | 751.40 |
| 12/01/11 | | Special Assessment - Special Assessment | 17.83 | | 769.23 |
| 12/16/11 | | Late Fee Special Assessment | 1.78 | | 771.01 |
| 12/16/11 | | Late Fee for December | 34.85 | | 805.86 |
| 12/30/11 | | Interest - Thru 11/30/2011 | 4.03 | | 809.89 |
| 01/01/12 | | Monthly Regular Assessment | 348.47 | | 1,158.36 |
| 01/16/12 | | Late Fee for January | 34.85 | | 1,193.21 |
| 01/30/12 | | Interest - Thru 12/31/2011 | 8.06 | | 1,201.27 |
| 02/01/12 | | Monthly Regular Assessment | 348.47 | | 1,549.74 |
| 02/16/12 | | Late Fee for February | 34.85 | | 1,584.59 |
| 02/27/12 | 7786614 | Payment to HOA | | 400.00 | 1,184.59 |
| 03/01/12 | | Monthly Regular Assessment | 348.47 | | 1,533.06 |
| 03/01/12 | | Interest - Thru 1/31/2012 | 7.89 | | 1,540.95 |
| 03/16/12 | | Late Fee for March | 34.85 | | 1,575.80 |
| 03/30/12 | | Interest - Thru 2/29/2012 | 11.73 | | 1,587.53 |
| 04/01/12 | | Monthly Regular Assessment | 348.47 | | 1,936.00 |
| 04/16/12 | | Late Fee for April | 34.85 | | 1,970.85 |
| 04/30/12 | | Interest - Thru 3/31/2012 | 15.56 | | 1,986.41 |
| 05/01/12 | | Monthly Regular Assessment | 348.47 | | 2,334.88 |
| 05/16/12 | | Late Fee for May | 34.85 | | 2,369.73 |
| 05/30/12 | | Interest - Thru 4/30/2012 | 19.39 | | 2,389.12 |
| 06/01/12 | | Monthly Regular Assessment | 348.47 | | 2,737.59 |
| 06/01/12 | | Monthly Admin Fee | 15.00 | | 2,752.59 |
| 06/13/12 | | B26 - HOAAS FORWARD TO COLLECTION FEE | 150.00 | | 2,902.59 |
| 06/13/12 | | Case File Setup | 130.00 | | 3,032.59 |
| 06/13/12 | | Notice of Intent to Lien | 154.50 | | 3,187.09 |
| 06/14/12 | | Collection Charges - Payment Plan Agreement & Sch (PP) 2 install | 31.75 | | 3,218.84 |
| 06/14/12 | | Collection Charges - 1LN - Notice of Assessment Lien (LIEN) thr Rel | 601.25 | | 3,820.09 |
| 06/14/12 | | Recording Fees | 44.00 | | 3,864.09 |
| 06/16/12 | | Late Fee for June | 34.85 | | 3,898.94 |
| 06/30/12 | | Interest - Thru 5/31/2012 | 23.22 | | 3,922.16 |
| 07/01/12 | | Monthly Regular Assessment | 348.47 | | 4,270.63 |
| 07/01/12 | | Monthly Admin Fee | 15.00 | | 4,285.63 |
| 07/16/12 | | Late Fee for July | 34.85 | | 4,320.48 |
| 07/30/12 | | Interest Thru 6/30/2012 | 38.32 | | 4,358.80 |
| 08/01/12 | | Monthly Regular Assessment | 348.47 | | 4,707.27 |
| 08/01/12 | | Monthly Admin Fee | 15.00 | | 4,722.27 |
| 08/16/12 | | Late Fee for August | 34.85 | | 4,757.12 |
| 08/24/12 | | Bankruptcy Review & Split Account Instructions | 147.25 | | 4,904.37 |
| 08/24/12 | | Bankruptcy Proof Of Claim | 162.25 | | 5,066.62 |
| 08/30/12 | | Interest Thru 7/31/2012 | 42.31 | | 5,108.93 |
| 09/01/12 | | Monthly Regular Assessment | 348.47 | | 5,457.40 |
| 09/01/12 | | Monthly Admin Fee | 15.00 | | 5,472.40 |
| 09/16/12 | | Late Fee For September | 34.85 | | 5,507.25 |
| 09/30/12 | | Interest Thru 8/31/2012 | 49.38 | | 5,556.63 |
| 10/01/12 | | Monthly Regular Assessment | 348.47 | | 5,905.10 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 10/01/12 | Monthly Admin Fee | 15.00 | 5,920.10 |
| 10/16/12 | Late Fee For October | 34.85 | 5,954.95 |
| 10/30/12 | Interest Thru 9/30/2012 | 53.37 | 6,008.32 |
| 11/01/12 | Monthly Regular Assessment | 348.47 | 6,356.79 |
| 11/01/12 | Monthly Admin Fee | 15.00 | 6,371.79 |
| 11/16/12 | Late Fee For November | 34.85 | 6,406.64 |
| 11/30/12 | Interest Thru 10/31/2012 | 57.35 | 6,463.99 |
| 12/01/12 | Monthly Regular Assessment | 348.47 | 6,812.46 |
| 12/01/12 | Monthly Admin Fee | 15.00 | 6,827.46 |
| 12/16/12 | Late Fee For December | 34.85 | 6,862.31 |
| 12/30/12 | Interest Thru 11/30/2012 | 61.33 | 6,923.65 |
| 01/01/13 | Monthly Regular Assessment | 350.25 | 7,273.90 |
| 01/01/13 | Monthly Admin Fee | 15.00 | 7,288.90 |
| 01/16/13 | Late Fee For January | 35.03 | 7,323.93 |
| 01/30/13 | Interest Thru 12/31/2012 | 65.32 | 7,389.24 |
| 02/01/13 | Monthly Regular Assessment | 350.25 | 7,739.49 |
| 02/01/13 | Monthly Admin Fee | 15.00 | 7,754.49 |
| 02/16/13 | Late Fee For February | 35.03 | 7,789.52 |
| 02/26/13 | Detailed Transaction History (DTH) | 10.00 | 7,799.52 |
| 02/26/13 | Notice of Potential Foreclose or Other Action | 101.85 | 7,901.37 |
| 03/01/13 | Monthly Regular Assessment | 350.25 | 8,251.62 |
| 03/01/13 | Monthly Admin Fee | 15.00 | 8,266.62 |
| 03/02/13 | Interest Thru 1/31/2013 | 69.32 | 8,335.94 |
| 03/16/13 | Late Fee for March | 35.03 | 8,370.97 |
| 03/27/13 | Other - Reimbursement - Toilet Repairs | 28.74 | 8,399.71 |
| 03/30/13 | Interest Thru 2/28/2013 | 73.32 | 8,473.03 |
| 04/01/13 | Monthly Regular Assessment | 350.25 | 8,823.28 |
| 04/01/13 | Monthly Admin Fee | 15.00 | 8,838.28 |
| 04/05/13 | Bankruptcy Proof Of Claim | 162.50 | 9,000.78 |
| 04/16/13 | Late Fee for April | 35.03 | 9,035.81 |
| 04/30/13 | Interest Thru 3/31/2013 | 78.44 | 9,114.25 |

| Regular Assessment | Special Assessment | Late Fee | Interest | Other | Mgt / Agent | A.S.A.P. Charges | Balance |
|---|---|---|---|---|---|---|---|
| 5,879.58 | 35.66 | 631.58 | 678.35 | 28.74 | 150.00 | 1,710.35 | 9,114.25 |

# **EXHIBIT "B"**



Sign Up | Sign In

Street Address | Zip Code or City, State

Home Values | Sell Your Home | Homes For Sale | Mortgage Rates | Home Remodel | Find a Pro

California > San Jose, CA

## 282 Tradewinds Dr 7 San Jose, CA 95123

Update Mortgage Rate Results →
Find and compare mortgage rates from national Lenders.

by Americash, Inc.

| Lender | | Rate | APR | Est. Pmt. | |
|---|---|---|---|---|---|
| AMERICASH MORTGAGE BANKING  Lender info | 30 Yr. Fixed | 3.375% | 3.375% | $884 | |
| | 30 Yr. Fixed | 3.375% | 3.375% | $884 | |
| | 30 Yr. Fixed | 3.375% | 3.375% | $884 | |
| | 15 Yr. Fixed | 2.625% | 2.625% | $1,345 | |
| | Updated 4/22/2013 | | | More details | |
| DISCOVER HOME LOANS  Lender info | 30 Yr. Fixed | 3.250% | 3.411% | $888 | |
| | 30 Yr. Fixed | 3.125% | 3.367% | $883 | |
| | 30 Yr. Fixed | 3.250% | 3.411% | $888 | |
| | 30 Yr. Fixed | 3.375% | 3.466% | $894 | |
| | Updated 4/22/2013 | | | More details | |
| Quicken Loans NMLS #3030  Lender info | 30 Yr. Fixed | 3.375% | 3.638% | $914 | |
| | 30 Yr. Fixed | 3.500% | 3.681% | $918 | |
| | 30 Yr. Fixed | 3.625% | 3.735% | $925 | |
| | 15 Yr. Fixed | 2.500% | 2.911% | $1,373 | |
| | Updated 4/22/2013 | | | More details | |
| ROUNDPOINT MORTGAGE COMPANY  Lender info | 30 Yr. Fixed | 3.250% | 3.411% | $888 | |
| | 30 Yr. Fixed | 3.375% | 3.456% | $893 | |
| | 30 Yr. Fixed | 3.500% | 3.500% | $898 | |
| | 15 Yr. Fixed | 2.250% | 2.535% | $1,337 | |
| | Updated 4/22/2013 | | | More details | |

Rates based on 200000 loan amount. The rates were submitted by each individual lender/broker on the date indicated. Rate/APR terms offered by advertisers may differ from those listed above based on the creditworthiness of the borrower and other differences between an individual loan and the loan criteria used for quotes. These quotes are from banks, thrifts and brokers who have paid for a link to their website in the listings above and you can find additional information about their loan programs on their websites.

### Valuation Estimates

eppraisal
**$176,932**

Zillow.com
**$215,287**

282 Tradewinds Dr 7 San Jose, CA 95123

Get Refinance Quote | View More Details

**APPRAISER**

Alliance Appraisal Services
Deborah Schnetz
appraiser
San Jose, CA 95118
**Office:** (408) 499-4277

http://allianceapr.com/

Become a local pro

### San Jose Walkscore

86 | Bigger map



TransUnion® Official Site

| **Restaurants:** Trials Pub | .06mi |
| **Coffee:** Towers Cafe | .1mi |
| **Bars:** Blush Taste Lounge | .2mi |

**More Places:** Groceries, Outdoor Places, ...

### Nearby Homes For Sale

$598,000 6094 Blacklock Court, San Jose CA
4 beds, 2 baths (1410 sqft home) |
Keller Williams - San Jose - Silicon Valley

$450,000 5410 Duesenberg Dr, San Jose CA
3 beds, 3 baths (1347 sqft home) |
Intero Real Estate Services, Inc.





$549,950 5339 Birch Grove Dr, San Jose CA
3 beds, 2 baths (1155 sqft home) |
Intero Real Estate Services, Inc.

$635,000 6103 Jason Ct, San Jose CA
3 beds, 2 baths (1143 sqft home) |
Intero Real Estate Services, Inc.

$309,900 5270 Borneo Ci, San Jose CA
3 beds, 2 baths (1246 sqft home) |
Intero Real Estate Services, Inc.

$425,000 5611 Blossom Av, San Jose CA
3 beds, 2 baths (1037 sqft home) |
Intero Real Estate Services, Inc.

Case: 13-51935    Doc# 14-2    Filed: 04/22/13    Entered: 04/22/13 17:14:15    Page 10 of 10