James Cai, SBN 200189
Ray D. Hacke, SBN 276318
SCHEIN & CAI LLP
111 N. Market St., Suite 1020
San Jose, California 95113
Telephone: (408) 436-0789
Facsimile: (408) 436-0758

Attorneys for Debtors
Maria G. Vargas and Julio C. Vargas

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

MARIA G. VARGAS and
JULIO C. VARGAS,

Debtors.

) Case No.: 13-51935
)
) CHAPTER 13
)
) **CERTIFICATE OF SERVICE**
)
)
)
)
)
)

    I am employed by the law offices of Schein & Cai LLP, and my business address is 111 N. Market St., Suite 1020, San Jose, CA 95113. I am over the age of 18 years and I am not a party to the cause.

    On April 22, 2013, at the law offices of Schein & Cai LLP, I caused the following documents to be served:

**-NOTICE AND OPPORTUNITY FOR HEARING RE: DEBTORS' MOTION FOR VALUATION OF SECURITY, DETERMINATION OF SECURED STATUS, AVOIDANCE OF LIEN, AND MODIFICATION OF RIGHTS OF LIENHOLDERS JPMORGAN CHASE BANK, N.A. AND TRADEWINDS OF SAN JOSE HOMEOWNERS ASSOCIATION;**

**-DEBTORS' MOTION FOR VALUATION OF SECURITY, DETERMINATION OF SECURED STATUS, AVOIDANCE OF LIEN, AND MODIFICATION OF RIGHTS OF LIENHOLDERS JPMORGAN CHASE BANK, N.A. AND TRADEWINDS OF SAN JOSE HOMEOWNERS ASSOCIATION;**

-MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEBTORS' MOTION FOR VALUATION OF SECURITY, DETERMINATION OF SECURED STATUS, AVOIDANCE OF LIEN, AND MODIFICATION OF RIGHTS OF LIENHOLDERS JPMORGAN CHASE BANK, N.A. AND TRADEWINDS OF SAN JOSE HOMEOWNERS ASSOCIATION;

- DECLARATION OF DEBTORS IN SUPPORT OF DEBTORS' MOTION FOR VALUATION OF SECURITY, DETERMINATION OF SECURED STATUS, AVOIDANCE OF LIEN, AND MODIFICATION OF RIGHTS OF LIENHOLDERS JPMORGAN CHASE BANK, N.A. AND TRADEWINDS OF SAN JOSE HOMEOWNERS ASSOCIATION; and

-CERTIFICATE OF SERVICE

**XXX** Service by ECF Electronic Mail: I electronically mailed true and correct copies of said documents via ECF electronic mail on April 22, 2013.

**XXX** Service by mail: I caused the documents to be served by depositing the documents in a post office, mailbox, subpost office, substation, or mail chute, or other like facility regularly maintained by the United States Postal Service, in a sealed envelope, with postage paid, addressed to the person on whom was served, at the office address as last given by that person on any document filed in the cause and served on the party making service by mail.

The name and address, and fax number (if applicable) of each person served in the manner stated above, is as follows:

(Served by ECF Electronic Mail)         (Served by Mail)

**Devin Derham-Burk**
P.O. Box 50013                          **SEE BELOW SERVICE LIST**
San Jose, CA 95150-0013                 **FOR PARTIES SERVED BY**
                                        **REGULAR OR CERTIFIED MAIL**
*Trustee for Debtors*

I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct.

Dated: April 22, 2013                   /s/ *DAVID MUNOZ*
                                        David Munoz

## SERVICE LIST
## By Certified Mail [Fed. R. Bankr. P. 7004(h)]

**Kenneth Chenault**
**Chief Executive Officer**
**American Express**
4315 South 2700 West
Salt Lake City, UT 84184

**James Dimon**
**Chairman of the Board and CEO**
**JPMorgan Chase Bank, N.A.**
1111 Polaris Parkway
Columbus, OH 43240

**William H. Cary**
**Chief Executive Officer**
**G.E. Capital Retail Bank (For Gap and Mervyn's)**
170 West Election Road, Suite 125
Draper, UT 80420

**Ken Stork**
**President & Chief Executive Officer**
**Department Stores National Bank (For Macy's)**
701 East 60th Street
Sioux Falls, SD 57104

**John Stumpf**
**Chief Executive Officer**
**Wells Fargo Bank, N.A.**
101 N. Phillips Avenue
Sioux Falls, South Dakota 57104

**Daniel T. Groomes**
**President**
**Comenity Bank (Formerly World Financial Network National Bank)**
One Righter Parkway, Suite 100
Wilmington, DE 19803

## By First-Class Mail [Fed. R. Bankr. P. 7004(b)(3)]

**Richard Lake**
**Chief Executive Officer**
**California Check Cashing Stores, LLC**
7001 Post Road
Dublin, OH 43016

**Doug Clark**
**Owner/Chief Executive Officer**
**Check N Go of California, Inc.**
2746 Aborn Rd. Unit H-2
San Jose, CA 95121

**Doug Clark**
**Owner/Chief Executive Officer**
**Check N Go of California, Inc.**
7755 Montgomery Road, Suite 400
Cincinnati, OH 45236

**Doug Clark**
**Owner/Chief Executive Officer**
**Check N Go of California, Inc.**
**c/o CT Corporation System**
818 W. Seventh Street
Los Angeles, CA 90017

**Brian L. Roberts**
**Chairman and CEO**
**Comcast Corporation**
1701 JFK Boulevard
Philadelphia, PA 19103

**Brian L. Roberts**
**Chairman and CEO**
**Comcast Corporation**
**c/o CT Corporation System**
818 W. Seventh Street
Los Angeles, CA 90017

**Robert Trette**
**President**
**Don Roberto Jewelers**
1020 Calle Recodo, Suite 10
San Clemente, CA 92673

**Sherri McClain**
**Compliance Officer**
**Franklin Collection Services, Inc.**
2978 W. Jackson St
Tupelo, MS 38801

CERTIFICATE OF SERVICE – 4

**David Quigley**
**President**
**Mechants Credit Association**
2245 152nd Ave. NE
Redmond, WA 98052

**Mike Shim**
**Chief Executive Officer**
**Quick Cash Funding, LLC**
777 N. 1st Street
San Jose, CA 95112

**Steven Siglin**
**Agent for Quick Cash Funding, LLC**
650 Town Center Drive, Suite 550
Costa Mesa, CA 92626

**Terry L. Paff**
**President & Chief Executive Officer**
**Rash Curtis & Associates**
190 S Orchard Ave., Suite A2
Vacaville, CA 95688

**Erik Johnson, CEO**
**Royal Prestige**
333 Holtzman Rd
Madison, WI 53713

**George E. Borst**
**Chief Executive Officer**
**Toyota Motor Credit Corporation**
P.O. Box 5023
San Ramon, CA 94583

**George E. Borst**
**Chief Executive Officer**
**Toyota Motor Credit Corporation**
**c/o CT Corporation System**
818 W. Seventh Street
Los Angeles, CA 90017

**George E. Borst**
**Chief Executive Officer**
**Toyota Motor Credit Corporation**
P.O. Box 8026
Cedar Rapids, IA 52408

CERTIFICATE OF SERVICE – 5

Case: 13-51935    Doc# 14-3    Filed: 04/22/13    Entered: 04/22/13 17:14:15    Page 5 of 6

**Craig Gorewitz**
**Property Manager**
**Tradewinds of San Jose Homeowners Assoc.**
**c/o A.S.A.P Collection Services**
331 Piercy Road
San Jose, CA 95128

CERTIFICATE OF SERVICE – 6